# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **RAUL DURAN GUTIERREZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD LYONS, IN HIS OFFICIAL** | § | |
| **CAPACITY AS ACTING DIRECTOR** | § | |
| **OF ICE; KRISTI NOEM,** | § | |
| **SECRETARY, U.S. DEPARTMENT** | § | |
| **HOMELAND SECURITY; PAMELA** | § | **No.  3:26-CV-00503-LS** |
| **BONDI, U.S. ATTORNEY GENERAL;** | § | |
| **MARY DE ANDA-YBARRA, IN HER** | § | |
| **OFFICIAL CAPACITY AS FIELD** | § | |
| **OFFICE DIRECTOR FIELD OFFICE** | § | |
| **DIRECTOR OF THE IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT** | § | |
| **AND REMOVAL OPERATIONS, EL** | § | |
| **PASO FIELD OFFICE; AND** | § | |
| **OFFICER WARDEN, OF EL PASO** | § | |
| **CAMP EAST MONTANA,** | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 5, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**